AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  James, Robert G | 2. Court or Organization  U.S. District Court, Louisiana | 3. Date of Report  5/11/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period  1/1/2003 .to 12/31/2003 |
| 7. Chambers or Office Address  U. S. Courthouse  201 Jackson Street, Suite 201  Monroe, LA 71201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.    (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.    Partner | James Real Estate |
| 2.    Partner | Judd & Company |
| 3.    Member | James Minerals, LLC |

## II. AGREEMENTS.    (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE   - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Louisiana State Employees Retirement System |
| 2. | John McCann v. Allstate Insurance Co, Et Al, CD#42,724, 3rd JDC, Lincoln Parish, LA (1/6 of any recovery from personal injury claim). Case settled 7/31/03. |

DISCLOSURE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | James Real Estate (partnership income) | 14,334.00 |
| 2. | 2003 | Judd & Company (partnership income) | -1,384.00 |
| 3. | 2003 | Louisiana State Employees Retirement System | 30,924.10 |
| 4. | 2003 | James Minerals, LLC (partnership income) | 1,265.00 |
| 5. | 2003 | Harper Estate - executor fee | 8888.38 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section..(dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Lincoln Parish District Attorney |
| 2. | 2003 | Lincoln Parish Police Jury |
| 3. | 2003 | Union Parish Police Jury |
| 4. | 2003 | State of Louisiana |
| 5. | 2003 | James Real Estate (partnership income) |
| 6. | 2003 | James Minerals, LLC (partnership income) |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2004 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE- - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Community Trust Bank | Business Loan | L |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Timber Property, Vienna, La | | None | K | W | | | | | |
| 2. Timber Property, Union Parish, La. | | None | K | W | | | | | |
| 3. 50% interest in Lake House, Farmerville, La. | | None | K | W | | | | | |
| 4. James Real Estate | D | Rent | N | W | | | | | |
| 5. | A | Royalty | | | | | | | |
| 6. Judd & Company(17.10%) | D | Royalty | J | W | | | | | |
| 7. Louisiana State Employees Retirement System | | None | | | | | | | |
| 8. American Century Gift Trust Mutual Fund | | None | J | T | | | | | |
| 9. Bank One, Accounts | A | Interest | J | T | | | | | |
| 10. Undeveloped Property, Lincoln Parish, LA (1/6 int.) | | None | J | W | | | | | |
| 11. House, Jonesboro, LA (1/6 int.) | | None | | | sale | 09/12 | K | D | Dorothy Allen |
| 12. ▪acres, Lincoln Parish, La (1/12 int.) | | None | J | W | | | | | |
| 13. Timber Property #1, Bienville Parish, La (1/6 int.) | | None | J | W | | | | | |
| 14. Timber Property #2, Bienville Parish, La (1/12 int.) | | None | J | W | | | | | |
| 15. ▪acres, Union Parish, LA (formerly Robinson Est Property) | | None | M | W | | | | | See note in part VII |
| 16. Undeveloped property, Jackson Parish, LA (1/6 int.) | | None | J | W | | | | | |
| 17. IRA #3 | A | Dividend | K | T | | | | | |
| 18. -Fidelity Investments-Low Priced Stock | | | | | sale | 05/30 | J | | exchange - four-in-one |

| 1. Income/Gain Codes: | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| (See Columns C1 and D3) | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Fidelity Investments-Growth & Income | | | | | sale | 05/30 | J | | exchange - four-in-one |
| 20. -Fidelity Investments-Contrafund | | | | | purchase | 03/03 | J | | exchange - Fidelity Japan |
| 21. | | | | | sale | 05/30 | J | | exchange - four-in-one |
| 22. -Fidelity Investments-Japan | | | | | sale | 03/03 | J | | exchange - Contrafund |
| 23. -Fidelity Investments-Four-In-One Index | | | | | purchase | 05/30 | J | | exchange - Contrafund |
| 24. | | | | | purchase | 05/30 | J | | exchange - Growth & |
| 25. | | | | | purchase | 05/30 | J | | exchange - Low Priced Stock |
| 26. IRA #4 | | None | | | exchange | 01/09 | J | | Fidelity |
| 27. Merrill Lynch - Brokerage Account #2 | | | | | | | | | |
| 28. -Automatic Data Proc | A | Dividend | J | T | purchase | 05/06 | J | | |
| 29. -Englehard Corp | A | Dividend | J | T | | | | | |
| 30. -Home Depot inc | A | Dividend | J | T | | | | | |
| 31. -Pepsico Inc | A | Dividend | J | T | | | | | |
| 32. -Wal Mart Stores Inc | A | Dividend | J | T | partial sale | 05/05 | J | C | |
| 33. -Washington Mutual Inc | A | Dividend | J | T | partial sale | 03/03 | J | A | |
| 34. -CMA Money Fund | A | Interest | J | T | | | | | |
| 35. -IMS Health Inc | A | Dividend | J | T | | | | | |
| 36. -Liz Claiborne Inc | A | Dividend | J | T | partial sale | 03/03 | J | A | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. -SBC Communicationa Inc | A | Dividend | | | sale | 04/28 | J | A | |
| 38. -Berkshire Hathaway Club | A | Dividend | J | T | | | | | |
| 39. -Capital One Finl | A | Dividend | | | sale | 03/06 | J | A | |
| 40. -Colgate Palmolive | A | Dividend | J | T | | | | | |
| 41. -Conagra Foods | A | Dividend | J | T | partial sale | 03/04 | J | A | |
| 42. -Encana Corp | A | Dividend | J | T | partial sale | 03/03 | J | A | |
| 43. -First Data Corp | A | Dividend | J | T | partial sale | 03/03 | J | A | |
| 44. | | | | | purchase | 04/08 | J | | |
| 45. | | | | | purchase | 08/15 | J | | |
| 46. -First Health Group Corp | | None | | | sale | 05/15 | J | A | |
| 47. -IDEC Pharmctls | | None | | | exchange | 11/14 | J | | Biogen IDEC |
| 48. -Moody's Corp | A | Dividend | J | T | | | | | |
| 49. -Newmont Mining Corp | A | Dividend | J | T | partial sale | 03/03 | J | A_ | |
| 50. -Northern Trust Corp | A | Dividend | J | T | purchase | 02/27 | J | | |
| 51. -Paychex Inc. | A | Dividend | J | T | | | | | |
| 52. -Pfizer Inc Del PV$0.05 | A | Dividend | J | T | purchase | 02/24 | J | | |
| 53. -Renal Care Group, Inc. | | None | J | T | partial sale | 05/05 | J | A | |
| 54. -AVX Corp New | A | Dividend | | | purchase | 01/15 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55. | | | | | sale | 10/09 | J | A | |
| 56. -Roberthalf Intl | | None | J | T | purchase | 03/17 | J | | |
| 57. | | | | | partial sale | 09/17 | J | A | |
| 58. -AFLAC Inc | A | Dividend | J | T | purchase | 01/03 | J | | |
| 59. -Anheusr Busch | A | Dividend | J | T | purchase | 10/21 | J | | |
| 60. -Applebees | | None | J | T | purchase | 01/03 | J | | |
| 61. -Biogen | | None | J | T | exchange | 11/14 | J | | IDEC |
| 62. -Biomet Inc | | None | J | T | purchase | 08/18 | J | | |
| 63. | | | | | purchase | 08/20 | J | | |
| 64. -Chicago Mercantile Exch | A | Dividend | J | T | purchase | 11/28 | J | | |
| 65. -Equifax Inc | A | Dividend | J | T | purchase | 09/17 | J | | |
| 66. -Genl Dynamics Corp | A | Dividend | J | T | purchase | 03/17 | J | | |
| 67. -Sysco Corp | | None | J | T | purchase | 10/06 | J | | |
| 68. | | | | | purchase | 10/14 | J | | |
| 69. -TJX Cos | A | Dividend | J | T | purchase | 01/03 | J | | |
| 70. -Wilmington Tr Corp | A | Dividend | J | T | purchase | 05/05 | J | | |
| 71. Fidelity Investments - Brokerage Account #3 | | | | | | | | | |
| 72. -Cash Account | A | Interest | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| James, Robert G | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. -Oakmark Fund- | | None | | | sale | 05/06 | K | A | |
| 74. -Berkshire Hathaway | | None | J | T | purchase | 03/03 | J | | |
| 75. -Japan Fund Class S | A | Dividend | J | T | purchase | 03/03 | J | | |
| 76. | | | | | purchase | 11/04 | J | | |
| 77. -IDEC Pharmaceuticals | | None | | | purchase | 02/19 | J | | |
| 78. | | | | | exchange | 11/13 | J | | Biogen |
| 79. -Automatic Data Processing | A | Dividend | J | T | purchase | 02/19 | J | | |
| 80. -Home Depot Inc | A | Dividend | J | T | purchase | 02/19 | J | | |
| 81. -Heartland Value Prospectus Under | | None | | | purchase | 05/05 | K | | |
| 82. | | | | | purchase | 05/19 | K | | |
| 83. | | | | | sale | 12/12 | L | E | |
| 84. -State Street Corp | A | Dividend | J | T | purchase | 05/12 | J | | |
| 85. -Equitable Res Inc | A | Dividend | J | T | purchase | 05/05 | J | - | |
| 86. -Michaels Stores Inc | A | Dividend | J | T- | purchase | 05/05 | J | | |
| 87. -Dentsply Intl Inc | A | Dividend | J- | T | purchase | 05/05 | J | | |
| 88. -TR Russell 2000 value index | | None | K | T | purchase | 12/29 | K | | |
| 89. -Biogen IDEC | | None | J | T | exchange | 11/13 | J | | IDEC |
| 90. -Fidelity Natl Finl | A | Dividend | J | T | purchase | 11/10 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | James, Robert G | 5/11/2004 |

## VII. INVESTMENTS and TRUSTS  – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91.   -Anheuser Busch | A | Dividend | J | T | purchase | 10/31 | J | | |
| 92.   -Community Trust Bank, Accounts | A | Interest | M | T | | | | | |

| 1. Income/Gain Codes: | A  = $1,000 or less | B  = $1,001-$2,500 | C  = $2,501-$5,000 | D  = $5,001-$15,000 | E  = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  = $50,001-$100,000 | G  = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J  = $15,000 or less | K  = $15,001-$50,000 | L  = $50,001-$100,000 | M  = $100,001-$250,000 | |
| (See Columns C1 and D3) | N  = $250,000-$500,000 | O  = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q  = Appraisal | R  = Cost (Real Estate Only) | S  = Assessment | T  = Cash/Market | |
| (See Column C2) | U  = Book Value | V  = Other | W  = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | James, Robert G | 5/11/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1) Part VII, page 1, line 15 - This asset was formerly described as "Robinson Est. Property, Union Parish, LA (1/6 int.)" and was partitioned among the co-owners on 9/12/2003.

## IX. CERTIFICATION.

      I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

      I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▬▬▬▬▬▬▬         Date _May 11, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

      Committee on Financial Disclosure
      Administrative Office of the United States Courts
      Suite 2-301
      One Columbus Circle, N.E.
      Washington, D.C.  20544